IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MASHELL R. MANN, # 188719, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 2:18-cv-40-WHA |
| | ) |
| CHADWICK CRABTREE, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

On February 12, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 3.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. # 3) is ADOPTED; and

(2) This case is TRANSFERRED to the United States District Court for the Northern District of Alabama under 28 U.S.C. § 1631.

DONE, this 15th day of March, 2018.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE